Dean M. Gloster (SBN 109313)
dgloster@fbm.com
Kelly A. Woodruff (SBN 160235)
kwoodruff@fbm.com
Laura C. Roche (SBN 174596)
lroche@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Appellant
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 2376

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF VALLEJO, CA,<br><br>    Debtor. | Case No.: 2:09-cv-02603-JAM<br><br>Bankruptcy Court Case No.: 08-26813-A-9<br><br>**STIPULATED MOTION TO SUPPLEMENT THE RECORD ON APPEAL; DECLARATION OF LAURA C. ROCHE IN SUPPORT THEREOF** |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 2376,<br><br>    Appellant,<br><br>v.<br><br>CITY OF VALLEJO, CA,<br><br>    Debtor,<br><br>and<br><br>OFFICIAL UNSECURED CREDITORS COMMITTEE OF CITY OF VALLEJO RETIREES,<br><br>    Creditor. | |

Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

STIP. MOT. TO SUPP. RECORD ON APPEAL
CASE NO. 2:09-CV-02603-JAM
- 1 -
24283\2065673.1

PDF created with pdfFactory trial version www.pdffactory.com

PLEASE TAKE NOTICE that, before the District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814, Appellant International Brotherhood of Electrical Workers Local 2376 hereby moves for an order to supplement the record on appeal to include the documents attached as Exhibits A and B to the accompanying Supplemental Record on Appeal. The grounds supporting Appellants' motion, to which Appellee consents, are set forth in the accompanying Declaration of Laura C. Roche.

Dated: October 12, 2009               FARELLA BRAUN + MARTEL LLP

                                      By: s/Kelly A. Woodruff
                                          Kelly A. Woodruff, Esq.

                                      Attorneys for Appellant
                                      INTERNATIONAL BROTHERHOOD OF
                                      ELECTRICAL WORKERS, LOCAL 2376

Appellee City of Vallejo has no objection to this motion.

Dated: October 14, 2009               ORRICK, HERRINGTON & SUTCLIFFE LLP

                                      By: s/Marc A. Levinson
                                          Marc A. Levinson, Esq.

                                      Attorneys for Appellee
                                      CITY OF VALLEJO

**SO ORDERED.**

DATED: October 22, 2009

                                      /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ

STIP. MOT. TO SUPP. RECORD ON APPEAL
CASE NO. 2:09-CV-02603-JAM                - 2 -                           24283\2065673.1

Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

PDF created with pdfFactory trial version www.pdffactory.com