MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
MICHAEL WEED (STATE BAR NO. 199675)
mweed@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Sacramento, CA  95814-4497
Telephone:   +1-916-447-9200
Facsimile:   +1-916-329-4900

Attorneys for Appellee
City of Vallejo

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| International Brotherhood of Electrical Workers, Local 2376,<br><br>　　　　Appellant,<br><br>　　v.<br><br>City of Vallejo,<br><br>　　　　Appellee. | Case No.  2:09-CV-02603-JAM<br><br>Bank. Ct. Case No. 08-26813 (MSM)<br><br>Chapter 9<br><br>**ORDER GRANTING CITY OF VALLEJO'S EX PARTE APPLICATION TO EXTEND FILING DATE OF CITY'S OPPOSITION BRIEF IN APPEAL FROM BANKRUPTCY COURT** |

　　　　Having reviewed the Ex Parte Application to Extend the Filing Date for the City's Opposition Brief in Appeal from Bankruptcy Court and accompanying pleadings and papers, and having found that GOOD CAUSE EXISTS, the Court hereby GRANTS the City of Vallejo's request to extend by an additional 21 days the date by which it must file its opposition brief in the

/ / /

/ / /

/ / /

1  above-referenced appeal.  Accordingly, the City of Vallejo's opposition brief must be filed with
2  this Court not later than thirty-six (36) days after service of appellant's opening brief.
3       IT IS SO ORDERED.

     DATED:  December 10, 2009

     /s/ John A. Mendez
     Hon. John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com