Dean M. Gloster (SBN 109313)
  dgloster@fbm.com
Kelly A. Woodruff (SBN 160235)
  kwoodruff@fbm.com
Laura C. Roche (SBN 174596)
  lroche@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Appellant
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 2376

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF VALLEJO, CA,<br><br>    Debtor. | District Court Case No.: 2:09-cv-02603-JAM<br><br>Bankruptcy Court Case No.: 08-26813-A-9<br><br>**ORDER EXTENDING TIME FOR APPELLANT INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 2376 TO FILE REPLY BRIEF IN SUPPORT OF APPEAL** |

    Currently pending before the court is Appellant's and Appellee's Stipulation Extending Time for Appellant International Brotherhood of Electrical Workers Local 2376 to File Reply Brief in Support of Appeal ("Stipulation").

//

//

//

PDF created with pdfFactory trial version www.pdffactory.com

1     Having considered the Stipulation and for good cause shown, the Court hereby GRANTS
the parties' request, pursuant to the Stipulation, to extend the time for Appellant to file its reply brief in support of its appeal to February 16, 2010.

IT IS SO ORDERED.

Dated: February 4, 2010

/s/ John A. Mendez
Judge of the United States District Court
for the Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com