Dean M. Gloster (SBN 109313)
  dgloster@fbm.com
Kelly A. Woodruff (SBN 160235)
  kwoodruff@fbm.com
Laura C. Roche (SBN 174596)
  lroche@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Appellant
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 2376

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>CITY OF VALLEJO, CA,<br><br>    Debtor. | District Court Case No.: 2:09-cv-02603-JAM<br><br>Bankruptcy Court Case No.: 08-26813-A-9<br><br>**ORDER EXTENDING TIME FOR APPELLANT INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 2376 TO FILE REPLY BRIEF IN SUPPORT OF APPEAL** |

Currently pending before the court is Appellant's and Appellee's Stipulation Extending Time for Appellant International Brotherhood of Electrical Workers Local 2376 to File Reply Brief in Support of Appeal ("Stipulation").

//

//

//

PDF created with pdfFactory trial version www.pdffactory.com

1  Having considered the Stipulation and for good cause shown, the Court hereby GRANTS
2  the parties' request, pursuant to the Stipulation, to extend the time for Appellant to file its reply
3  brief in support of its appeal to February 16, 2010.
4
5  IT IS SO ORDERED.
6
7
8  Dated: February 4, 2010

/s/ John A. Mendez
9  Judge of the United States District Court
for the Eastern District of California
10

Farella Braun & Martel LLP
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER EXTENDING IBEW TIME TO
REPLY / CASE NO. 2:09-CV-02603-JAM
- 2 -
24283\2152835.1

PDF created with pdfFactory trial version www.pdffactory.com