DEAN M. GLOSTER (SBN 109313)
KELLY A. WOODRUFF (SBN 160235)
LAURA C. ROCHE (SBN 174596)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:    (415) 954-4400
Facsimile:    (415) 954-4480
Email: dgloster@fbm.com
       kwoodruff@fbm.com
       lroche@fbm.com

Attorneys for Appellant
International Brotherhood of Electrical Workers, Local 2376

MARC A. LEVINSON (SBN 57613)
NORMAN C. HILE (SBN 57299)
MICHAEL WEED (SBN 199675)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:    (916) 447-9200
Facsimile:    (916) 329-4900
Email: malevinson@orrick.com
       nhile@orrick.com
       mweed@orrick.com

Attorneys for Appellee
City of Vallejo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| International Brotherhood of Electrical Workers, Local 2376,<br><br>                    Appellant,<br><br>        v.<br><br>City of Vallejo,<br><br>                    Appellee. | Case No.  2:09-CV-02603-JAM<br><br>Bank. Ct. Case No. 08-26813 (MSM)<br><br>Chapter 9<br><br>**STIPULATED APPLICATION TO SHORTEN TIME; ORDER THEREON**<br><br>**DATE:**   April 7, 2010<br>**TIME:**    9:30 a.m.<br>**PLACE:**  Courtroom 6 |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Local Rule 144(e), Appellant International Brotherhood of Electrical Workers, Local 2376 ("IBEW"), and Appellee City of Vallejo ("City") jointly apply for an order shortening time of the hearing before this Court on IBEW's appeal from a bankruptcy court ruling (the "Appeal"). The hearing is currently scheduled for April 7, 2010. This application is supported by the Declaration of Marc A. Levinson ("Levinson Decl.").

## I. RELEVANT FACTUAL AND PROCEDURAL BACKGROUND

On September 16, 2009, the United States Bankruptcy Court for the Eastern District of California transferred the Appeal to this Court. On December 21, 2009, IBEW timely submitted its opening brief. The City timely filed its opposition on January 26, 2010, and IBEW timely filed its reply on February 16, 2010. On February 18, 2010, IBEW filed an Amended Notice That Appeal Is Ready For Oral Argument ("Notice"). On February 19, 2010, the Court issued a minute order setting the hearing on the Appeal for April 7, 2010, at 9:30 a.m. before this Court. *See* Levinson Decl., at ¶ 2 & Ex. A.

That same day, the City alerted the Court that April 7 was a date upon which the parties were unavailable to appear, as indicated in the Notice. Levinson Decl., at ¶ 3. The Court informed the City that it preferred to set a hearing date for the Appeal on its biweekly law and motion calendar, and offered to set the hearing on April 21, 2010, or May 5, 2010. *Id.* ¶ 4. Lead counsel for IBEW is available on April 21, but months ago, lead counsel for the City committed to be in Minneapolis, Minnesota on April 21, and in Dallas, Texas the following day. *Id.* ¶ 5. Appearing on April 21 would require counsel for the City to break both commitments, impacting the schedules of many other individuals. *Id.* Lead counsel for IBEW and the City are available to appear on May 5, but for the reasons articulated below, request that the Court set an earlier hearing on the Appeal. *Id.* ¶¶ 5-6.

Parallel to the Appeal, beginning March 31, 2010, IBEW and the City will participate in a mediation and arbitration process regarding a new collective bargaining agreement between the City and IBEW. *See* Levinson Decl., at ¶ 7. Such process resulted from the rejection of the collective bargaining agreement that is the subject of the Appeal. *Id.* The goal of the mediation/arbitration process is to either negotiate a new agreement or to have one

PDF created with pdfFactory trial version www.pdffactory.com

1  imposed by the arbitrator. *Id.* The process will commence with a mediation session on March
2  31, 2010, followed by arbitration sessions on April 1, April 2, and May 10-19, if necessary. *Id.*
3  IBEW and the City believe that expeditious hearing and decision of this Appeal will assist the
4  parties in reaching an agreement on a new collective bargaining agreement between IBEW and
5  the City, and that an early agreement will save both sides time, effort and attorneys' fees. *Id.*

**II.   DISCUSSION**

Upon receiving the Court's February 19 minute order setting the April 7 hearing, the parties immediately alerted the Court that the hearing had been scheduled for a date upon which the parties had indicated that they were unavailable. Levinson Decl., at ¶ 3. Regarding a new hearing date, therefore, IBEW and the City jointly request a date before April 7 in light of the scheduled mediation and arbitration process in March, April, and May 2010. *Id.* ¶ 7. The parties believe that hearing this appeal before March 31 – ideally during the Court's March 24 law and motion calendar – will assist in the informal resolution of their disputes. *Id.* Should the Court not set this hearing for its March 24 law and motion calendar, the parties request that the Court set the hearing on a different date in late March or mid-April. The parties are available on any of the following dates: March 15, 16, 17, 19, 22, 24, 25 and 26; April 12, 13, 15, 19, and 23.

**III.   CONCLUSION**

IBEW and the City understand that in making this request, they are imposing on the Court and its calendar, and at the risk of stating the obvious, they would not make the request if the relief sought were not important to both parties. They thank the Court for considering the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 2 -    STIPULATED APPLICATION TO SHORTEN TIME; ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

request, and ask that it grant their joint application to shorten time and set the hearing on the Appeal for March 24 or one of the alternative dates listed above.

Dated: February 25, 2010                    FARELLA BRAUN + MARTEL LLP


                                             /s/  Kelly A. Woodruff
                                            Kelly A. Woodruff
                                            Attorneys for Appellant
                                            International Brotherhood of Electrical Workers,
                                            Local 2376


Dated: February 25, 2010                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                             /s/  Marc A. Levinson
                                            Marc A. Levinson
                                            Attorneys for Appellee
                                            City of Vallejo

- 3 -    STIPULATED APPLICATION TO SHORTEN TIME; ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Having considered the joint application to shorten time and for good cause shown, the Court hereby GRANTS the parties' request to shorten time on the bankruptcy appeal hearing currently set for April 7, 2010, at 9:30 a.m. in Courtroom 6. The hearing shall be set for: March 17, 2010, at 9:30 a.m. in Courtroom 6.

**IT IS SO ORDERED.**

DATED: February 26, 2010              /s/ John A. Mendez
                                      HONORABLE JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com